UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

UNITED STATES OF AMERICA,

    PLAINTIFF,

v.                                CR. No. 07-20558

DONALD DEHAR,              HONORABLE SEAN F. COX

    DEFENDANT.
_____/

## ORDER DENYING
## *PRO SE* PETITION FOR WRIT OF HABEAS CORPUS

Currently pending before this Court is Defendant's *pro se* Petition for Writ of Habeas Corpus, filed on May 22, 2008. (Docket Entry No. 22). In a prior order, the Court ruled that Defendant may not proceed in a "hybrid" fashion in this action (*i.e*, proceed both through counsel and by filing *pro se* motions and submissions. (*See* Docket Entry No. 21). This Court will therefore deny Defendant's *pro se* Petition for Writ of Habeas Corpus. Defendant should seek relief from this Court through his Court-appointed counsel.

Accordingly, IT IS ORDERED that Defendant's pro se Petition for Writ of Habeas Corpus is DENIED.

IT IS SO ORDERED.

                                      S/Sean F. Cox
                                      Sean F. Cox
                                      United States District Judge

Dated: June 10, 2008

I hereby certify that a copy of the foregoing document was served upon counsel of record on June 10, 2008, by electronic and/or ordinary mail.

                                      S/Jennifer Hernandez
                                      Case Manager