UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

UNITED STATES OF AMERICA,

    Plaintiff,

CRIMINAL CASE NO. 07-20558

v.

DONALD DEHAR,

HONORABLE SEAN F. COX
U.S. DISTRICT COURT

    Defendant.
_____/

**ORDER**

Before the Court are Defendant's motions to dismiss counsel, for recusal, and to dismiss/acquit, filed as docket entries #26, 27, and 33. Defendant has filed these motions *pro se*. Defendant, however, is currently represented by a Court-appointed attorney, Mr. Henry M. Scharg. Since Defendant has counsel, Defendant is proceeding in a "hybrid" fashion, both through counsel and *pro se* by way of his motions. *See McKaskle v. Wiggins*, 465 U.S. 168, 183 (1984). Although the Sixth Amendment guarantees defendants the right to conduct their own defense and even represent themselves, *see Faretta v. California*, 422 U.S. 806, 819-20, (1975), the right of self-representation does not include the right to proceed in a hybrid manner. *McKaskle*, 465 U.S. at 183; *see United States v. Mosely*, 810 F.2d 93, 97-98 (6th Cir. 1987). Accordingly, the Court will deny Defendant's *pro se* motions. Defendant should seek relief from this Court through his Court-appointed attorney, Mr. Scharg. Furthermore, the Court notes that on at least two prior occasions,

the Court has given Defendant similar warnings to seek relief from this Court through Defendant's Court-appointed counsel. *See* Orders, docket entries #21 and 25.

**ACCORDINGLY, IT IS HEREBY ORDERED** that Defendant's *pro se* motions to dismiss counsel, for recusal, and to dismiss/acquit [docket entries #26, 28, and 33] are **DENIED**.

**SO ORDERED.**

S/Sean F. Cox
Sean F. Cox
United States District Judge

Dated: November 14, 2008

I hereby certify that a copy of the foregoing document was served upon counsel of record on November 14, 2008, by electronic and/or ordinary mail.

S/Jennifer Hernandez
Case Manager